

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2015

No. 04-15-00013-CV

Guadalupe **RAMOS**,
Appellant

v.

**GOLDEN RIBBON INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV04293
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on January 9, 2015. The clerk of the court notified the appellant in writing that our records did not reflect payment of the $175 filing fee. In addition, our record contains no evidence appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. It is therefore ORDERED appellant show cause in writing within fifteen days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c) All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court